IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL FOSTER | : | |
|     Petitioner, | | |
| v. | : | CIVIL ACTION NO. 14-5532 |
| LAWRENCE MAHALLY, *et al.* | | |
|     Respondents. | : | |

## **ORDER**

AND NOW, this 1st day of August, 2018, upon consideration of Petitioner's Rule 60 Motion (ECF No. 26) and Respondents' Opposition thereto (ECF No. 28), it is hereby ORDERED that said Motion is DENIED in accordance with this Court's accompanying Memorandum.

BY THE COURT:

/s/ C. Darnell Jones, II    J.